**ORDER:**
Motion granted. The Bond Revocation Hearing is reset to October 2, 2013, at 11:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00097-17 |
| ) | JUDGE SHARP |
| ) | MAGISTRATE JUDGE KNOWLES |
| AMY NICOLE MURPHY ) | |

## DEFENDANT AMY MURPHY'S MOTION TO CONTINUE THE REVOCATION HEARING

Defendant Amy Nicole Murphy, by and through undersigned counsel, files this motion requesting a continuance until **Wednesday, October 2, 2013** as to the Petition for Action on Conditions of Pretrial Release filed on August 9, 2013 (Docket Entry No. 228). A hearing is presently set for August 26, 2013 at 1:30 p.m.

For reason, undersigned counsel would show the following:

1. Ms. Murphy is currently employed at the Amazon Distribution Center working four days a week from 7:30 a.m. to 6:00 p.m. She works on Monday, Tuesday, Thursday and Friday.

2. Ms. Murphy tested positive for marijuana on June 10, 2013 from a urine sample given on June 7, 2013, which was approximately four days after her arrest and initial appearance on June 3, 2013. While undersigned counsel is not an authority on the rate in which marijuana dissipates from the human body, it is believed that marijuana can remain in a person's system for up to thirty days. Assuming that is true, it would be consistent that her use of marijuana was <u>prior to her arrest</u>, and not after it.

3. Ms. Murphy also tested positive for oxycodone on June 10, 2013, although she had a prescription from a physician for the drug based on a kidney disease.

1