UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00097 |
| ) | JUDGE SHARP |
| AMY NICOLE MURPHY [17] ) | |

**O R D E R**

A hearing on the SEALED MOTION (Docket No. 678) is hereby scheduled for Thursday, October 2, 2014, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE