**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-00097** |
| | ) | **JUDGE SHARP** |
| **AMY NICOLE MURPHY [17]** | ) | |

## O R D E R

A hearing on the SEALED MOTION (Docket No. 678) is hereby scheduled for Thursday, October 2, 2014, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE